

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

JUN 0 1 2016

Clerk, U.S. District Court
Texas Eastern

**DAVID E. MACK**
*Plaintiff,*

§
§
§
§
§
§
§
§
§
§
§

**Case No 4:16-cv-00257**

**vs**

**STELLAR RECOVERY, INC.**
*Defendant.*

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, David E. Mack, and hereby informs the Court that a settlement of the present matter has been reached between Plaintiff, David E. Mack, and the Defendant in this cause of action.  The parties have reached agreement and a Motion to Dismiss with Prejudice will be filed by the Plaintiff upon completion of all settlement matters.

Respectfully Submitted,

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Signed June 1, 2016

David E Mack

ROBBIE MALONE, P.L.L.C.
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231