IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK<br>*Plaintiff,*<br><br>vs<br><br>STELLAR RECOVERY, INC.<br>*Defendant.* | §<br>§<br>§<br>§ Case No 4:16-cv-00257<br>§<br>§<br>§<br>§<br>§<br>§ |

## MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, David E. Mack, who having reached a settlement with the Defendant in the above styled cause of action brings this Motion for an Order of Dismissal WITH PREJUDICE and requests the Court enter such Order in the above styled case pending before this Honorable Court with each party bearing their own costs of this action.

Respectfully Submitted,

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Signed June 22, 2016

_____
David E Mack

ROBBIE MALONE, P.L.L.C.
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231